In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00341-CR
NO. 09-13-00342-CR
NO. 09-13-00343-CR

_____

**FRANCISCO SALAZAR, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 11-05-05000 CR-CT1, 11-05-05000 CR-CT2,**
**and 11-05-05000 CR-CT3**

**MEMORANDUM OPINION**

On August 29, 2013, Francisco Salazar filed a notice of appeal from sentences imposed on July 21, 2011. The notice of appeal was filed with the trial court more than thirty days from the date of sentencing and outside the time for requesting an extension of time for filing the notice of appeal. We notified the parties that the notice of appeal did not appear to have been timely filed. The appellant did not file a response.

1

The Court finds that the notice of appeal was not timely filed. *See* Tex. R. App. P. 26.2. No motion for extension of time was timely filed pursuant to Tex. R. App. P. 26.3. It does not appear that the appellant obtained out-of-time appeals from the Court of Criminal Appeals. The Court finds it is without jurisdiction to entertain these appeals. Accordingly, the appeals are dismissed for want of jurisdiction.

APPEALS DISMISSED.

_____
HOLLIS HORTON
Justice

Opinion Delivered September 25, 2013
Do Not Publish
Before Gaultney, Kreger, and Horton, JJ.